No. 85–1822. WILLIS *v.* CLEVELAND TRUST CO., AKA AMERI-TRUST CO., EXECUTOR OF THE ESTATE OF FIRESTONE, ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 85–1824. HAREN *v.* CITY OF CANTON, OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 85–1825. EVANS ET AL. *v.* OUACHITA LOCAL NUMBER 654, UNITED PAPERWORKERS INTERNATIONAL UNION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–1827. GRIDER *v.* TEXAS OIL & GAS CORP. ET AL. Sup. Ct. Okla. Certiorari denied.

No. 85–1828. RHOADES *v.* ACLI GOVERNMENT SECURITIES, INC. C. A. 2d Cir. Certiorari denied.

No. 85–1831. OTIS ELEVATOR CO. *v.* RUST ENGINEERING CO. C. A. 11th Cir. Certiorari denied.

No. 85–1834. BILLER *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 85–1838. MCKENNA *v.* WILLOW PRACTICE. Sup. Ct. S. C. Certiorari denied.

No. 85–1843. RETTIG ET AL. *v.* KENT CITY SCHOOL DISTRICT ET AL. C. A. 6th Cir. Certiorari denied.

No. 85–1845. CONSTANT *v.* ADVANCED MICRO-DEVICES, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 85–1847. MINEO ET AL. *v.* PORT AUTHORITY OF NEW YORK AND NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 85–1848. KOEHLER *v.* ILLINOIS CENTRAL GULF RAILROAD CO. Sup. Ct. Ill. Certiorari denied.